**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON**

Date:  October 7, 2011                         Deputy Clerk: Laura Galera
Court Reporter: Kara Spitler

**Civil Action No.  11-cv-02604-CMA**

*Parties:*                                                   *Counsel:*

NUCOMPASS MOBILITY SERVICES,      John M. McCormack
INC.,

      Plaintiff,

v.

NCOMPASS MOBILITY PTE LTD,           Steve Hullman
                                                      Michael C. Theis

      Defendant.

**COURTROOM MINUTES**

**Telephonic Hearing on Motion for Temporary Restraining Order and Motion for Preliminary Injunction [#4]**

**2:59 p.m.**     **Court in session.**

Appearances of counsel.

Opening statements by the Court.

Discussion regarding the supplemental declaration.

Argument by Mr. McCormack and Mr. Hullman.

**ORDERED:**  Plaintiff NuCompass Mobility Services Inc.'s Motion for a Temporary Restraining Order and Memorandum of Points and Authorities in Support Thereof [Doc.

#4] is DENIED.

**ORDERED:** The Defendant shall display prominently at its site at the trade show a sign at least 3'x3' in diameter and in large, easily readable letters with the following disclaimers:
1. That it is not associated with NuCompass Mobility Services, Inc. in any way;
2. That it only does business in Asia;
3. That NuCompass Mobility Services, Inc. has a booth and is exhibiting in this trade show; and
4. That Ncompass Mobility Pte Ltd urges people who visit its booth to also visit NuCompass Mobility Services, Inc.'s booth in the trade show.

**ORDERED:** Representatives of NuCompass Mobility Services, Inc. are permitted to view where and how the sign will be displayed in the booth before the trade show opens. If NuCompass Mobility Services, Inc. believes the Defendant has not complied with the Court's order, they may contact the Court for further action.

**3:35 p.m.    Court in recess.**

Hearing concluded**.**
Total time in court:   00:36