IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02604-CMA-MJW

NUCOMPASS MOBILITY SERVICES INC.,

Plaintiff(s),

v.

NCOMPASS MOBILITY (S) PTE LTC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 32) is GRANTED finding good cause shown.  The Stipulated Protective Order (docket no. 32-1) is APPROVED as amended in paragraph 35 and made an Order of Court.

Date:  April 23, 2012