**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02604-CMA-MJW

NUCOMPASS MOBILITY SERVICES INC.,

    Plaintiff,

v.

NCOMPASS MOBILITY PTE LTD,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Notice of Dismissal With Prejudice (Doc. # 39) signed by the attorneys for the parties hereto it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED:  October   31  , 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge